

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 26, 2025**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 24-52121-mmp |
| SB CONTRACTORS, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER GRANTING DEBTOR'S FIRST MOTION TO EXTEND EXCLUSIVITY

   Came on for consideration the Debtor's *First Motion to Extend Exclusivity* (the "Motion") filed by SB Contractors, LLC (the "Debtor" or "SB Contractors"). Having considered the Motion, the proper service thereof, any objections thereto, and the arguments of counsel presented at the hearing thereon, and based upon the findings and conclusions announced at such hearing, the Court hereby finds that good cause exists to **GRANT** the Motion. It is therefore

   **ORDERED** that the Exclusivity Period for the Debtor to file a Chapter 11 plan pursuant to 11 U.S.C. §1121(b) is extended through and including May 23, 2025 (the "Extended Exclusivity Deadline"); it is further

**ORDERED** that if the Debtor files a Chapter 11 plan by the Extended Exclusivity Deadline, the exclusive period for the Debtor to obtain acceptance of a plan pursuant to 11 U.S.C. §1121(c)(3) is extended through and including July 22, 2025; it is further

**ORDERED** that this Order is without prejudice to the Debtor's right to request any additional extensions of the Exclusivity Period in accordance with the Bankruptcy Code; it is further

**ORDERED** that this Court retains jurisdiction to interpret and enforce the terms of this Order.

# # # END OF ORDER # # #

*Order Prepared By:*

**HAYWARD PLLC**

By: */s/ Todd Headden*
Todd Headden
Texas State Bar No. 24096285
Bach W. Norwood
Texas State bar No. 24134529
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
theadden@haywardfirm.com
bnorwood@haywardfirm.com

*Counsel for SB Contractors, LLC*